| | |
|---|---|
| IN RE GOOGLE INC. GMAIL LITIGATION<br><br>THIS DOCUMENT RELATES TO<br>*Matera v. Google, Inc.*,<br>No. 5:15-CV-04062-BLF | Case No. 5:13-MD-02430-LHK<br><br>**RELATED CASE ORDER (*MATERA*)** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Before the Court is an administrative motion to consider whether *Matera v. Google, Inc.*, No. 15-CV-04062-BLF ("*Matera*"), should be related to *In re Google Inc. Gmail Litigation*, No. 13-MD-02430-LHK ("*In re Google*"). ECF No. 190 in the *In re Google* docket. Google opposed the motion to relate on September 21, 2015. ECF No. 191. *Matera* and *In re Google* concern substantially the same parties and events, and it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges. *See* Civil L. R. 3-12(a). The Court GRANTS the motion to relate *Matera* to *In re Google*.

*Matera* shall be reassigned to the undersigned judge. All future filings are to bear the initials "LHK." Unless otherwise ordered, any dates for hearing noticed motions are vacated and

1

Case No. 5:13-MD-02430-LHK
RELATED CASE ORDER (*MATERA*)

must be renoticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge. A copy of this Order shall be filed in the *Matera* docket.

**IT IS SO ORDERED.**

Dated: September 23, 2015

_____
LUCY H. KOH
United States District Judge