COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
WHITTY SOMVICHIAN (194463) (wsomvichian@cooley.com)
KYLE C. WONG (224021) (kwong@cooley.com)
KAREN L. BURHANS (303290) (kburhans@cooley.com)
AMY M. SMITH (287813) (amsmith@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:   (415) 693-2000
Facsimile:   (415) 693-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIEL MATERA, as an individual, and on behalf of the other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br><br>Defendant. | Case No.  5:15-cv-04062-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (CIVIL L.R. 6-1(A)); STIPULATED REQUEST TO SET THE HEARING DATE (CIVIL L.R. 6-2)**<br><br>Judge:     Hon. Lucy H. Koh<br>Trial Date:  Not yet set |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO EXTEND TIME TO RESPOND
TO INITIAL COMPLAINT AND SET HEARING DATE
5:15-CV-04062-LHK

Pursuant to Civil Local Rules 6-1(a) and 6-2, plaintiff Daniel Matera ("Plaintiff") and defendant Google Inc. ("Google") (collectively "the Parties"), by and through their respective counsel, stipulate and agree as follows:

WHEREAS, Plaintiff filed a putative class action lawsuit against Google on or about September 4, 2015;

WHEREAS, Google's deadline to respond to the Complaint is September 29, 2015;

WHEREAS, under Civil Local Rule 6-1(a), the Parties may stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the Complaint, provided the change will not alter any deadline already fixed by Court order;

WHEREAS the Parties have stipulated under Civil Local Rule 6-1(a) to a filing and briefing schedule for Google's response to the Complaint as set forth below;

WHEREAS, the Initial Case Management Conference in this matter was set for December 9, 2015 (Dkt. No. 4);

WHEREAS, upon reassignment to this Court, the Initial Case Management Conference was rescheduled to January 27, 2016 (Dkt. No. 15);

WHEREAS, the Parties have conferred and agreed to request that the hearing on Defendant's anticipated motion to dismiss the Complaint be scheduled for the same date as the Initial Case Management Conference;

WHEREAS, no prior time modifications have been sought in this case;

WHEREAS, this modification would not affect the case schedule as none has been entered.

NOW THEREFORE, the Parties hereby stipulate and agree to extend the following deadlines:

1. October 29, 2015:   Google's deadline to respond to the Complaint;
2. December 4, 2015:   Plaintiff's Opposition due;
3. December 22, 2015:  Google's Reply due;

FURTHER, the Parties hereby stipulate and request that the hearing for Google's anticipated motion to dismiss the Complaint be scheduled for January 27, 2016, the same date as

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATION TO EXTEND TIME TO RESPOND
TO INITIAL COMPLAINT AND SET HEARING DATE
5:15-CV-04062-LHK

the Initial Case Management Conference.

**IT IS SO STIPULATED.**

Dated: September 25, 2015      COOLEY LLP

/s/ Whitty Somvichian
Whitty Somvichian (194463)
Attorneys for Defendant Google Inc.

Dated: September 25, 2015      LIEFF CABRASER HEIMANN
&amp; BERNSTEIN, LLP

/s/ Nicole D. Sugnet
Nicole D. Sugnet (246255)
Attorneys for Plaintiff

*Filer's Attestation: Pursuant to Civil Local Rule 5-1(i)(3)) regarding signatures, Whitty Somvichian hereby attests that concurrence in the filing of this document has been obtained.*

**PROPOSED ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____

The Honorable Lucy H. Koh
United States District Judge

121551990

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION TO EXTEND TIME TO RESPOND
TO INITIAL COMPLAINT AND SET HEARING DATE
5:15-CV-04062-LHK