United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIEL MATERA, | Case No. 15-CV-04062-LHK |
| Plaintiff, | **ORDER SETTING CASE MANAGEMENT CONFERENCE** |
| v. | |
| GOOGLE INC., | |
| Defendant. | |

A further case management conference is set for May 25, 2016, at 2:00 p.m.  The parties

shall file a joint case management statement by May 18, 2016.  The joint case management

statement may include up to two pages of argument as to whether the stay in this case should be

lifted.

**IT IS SO ORDERED.**

Dated: April 28, 2016

_____

LUCY H. KOH
United States District Judge

1

Case No. 15-CV-04062-LHK
ORDER SETTING CASE MANAGEMENT CONFERENCE