UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIEL MATERA,<br><br>        Plaintiff,<br><br>    v.<br><br>GOOGLE INC.,<br><br>        Defendant. | Case No. 15-CV-04062-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorney: Nicole Sugnet
Defendant's Attorneys: Whitty Somvichian, Michael Rhodes

     An initial case management conference was held on May 25, 2016. A further case management conference is set for September 28, 2016, at 2:00 p.m. The parties shall file their joint case management statement by September 21, 2016.

     By June 8, 2016, the parties shall file before Judge Cousins a stipulated protective order or a motion for a protective order.

     The Court referred the parties to private mediation with a deadline for completion of September 12, 2016.

     The Court lifted the stay imposed by the Court on February 5, 2016. Discovery shall proceed according to the Federal Rules of Civil Procedure.

     To address the impact of the Supreme Court's decision in *Spokeo, Inc. v. Robins* on

1

Case No. 15-CV-04062-LHK
CASE MANAGEMENT ORDER

Plaintiff Daniel Matera's standing, the parties shall file simultaneous opening briefs of no more than 10 pages by June 1, 2016. The parties shall file simultaneous responsive briefs of no more than 5 pages by June 13, 2016. A hearing on this matter and Defendant Google Inc.'s pending motion to dismiss is set for June 27, 2016, at 1:30 p.m. If that hearing date becomes unavailable, the Court will inform the parties and continue the hearing to July 28, 2016, at 1:30 p.m.

The Court set the following case schedule:

| Scheduled Event | Date |
| --- | --- |
| Opening Expert Reports for Class Certification | November 21, 2016 |
| Rebuttal Expert Reports for Class Certification | December 21, 2016 |
| Last Day to Amend the Pleadings/Add Parties | January 16, 2017 |
| Last Day to File Motion for Class Certification | Motion: February 20, 2017<br>Opposition: March 22, 2017<br>Reply: April 21, 2017 |
| Class Certification Hearing | May 18, 2017, at 1:30 p.m. |
| Close of Fact Discovery | August 17, 2017 |
| Opening Expert Reports | September 14, 2017 |
| Rebuttal Expert Reports | October 12, 2017 |
| Close of Expert Discovery | November 9, 2017 |
| Last Day to File Dispositive Motions (one per side in the entire case) | December 7, 2017 |
| Hearing on Dispositive Motions | January 25, 2018, at 1:30 p.m. |
| Final Pretrial Conference | March 22, 2018, at 1:30 p.m. |
| Jury Trial | April 16, 2018, at 9:00 a.m. |
| Length of Trial | 10 days |

**IT IS SO ORDERED.**

Dated: May 25, 2016

_____
LUCY H. KOH
United States District Judge