| | |
|---|---|
| Michael W. Sobol (194857) | Michael G. Rhodes (116127) |
| Nicole D. Sugnet (246255) | rhodesmg@cooley.com |
| Michael Levin-Gesundheit (292930) | Whitty Somvichian (194463) |
| LIEFF CABRASER HEIMANN & BERNSTEIN LLP | wsomvichian@cooley.com |
| 275 Battery Street, 29th Floor | Kyle C. Wong (224021) |
| San Francisco, CA  94111 | kwong@cooley.com |
| Telephone:  (415) 956-1000 | Karen L. Burhans (303290) |
| | kburhans@cooley.com |
| Hank Bates (167688) | Amy M. Smith (287813) |
| hbates@cbplaw.com | amsmith@cooley.com |
| CARNEY BATES & PULLIAM, PLLC | COOLEY LLP |
| 2800 Cantrell Road, Suite 510 | 101 California Street, 5th Floor |
| Little Rock, AR 72202 | San Francisco, CA  94111-5800 |
| Telephone: 501.312.8500 | Telephone:     (415) 693-2000 |
| Facsimile: 501.312.8505 | Facsimile:     (415) 693-2222 |
| | |
| Ray E. Gallo (158903) | *Attorneys for Defendant Google Inc.* |
| rgallo@gallo-law.com | |
| Dominic R. Valerian (240001) | |
| dvalerian@gallo-law.com | |
| GALLO LLP | |
| 1299 Fourth St., Suite 505 | |
| San Rafael, CA 94901 | |
| Telephone: 415.257.8800 | |

*Attorneys for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MATERA and SUSAN RASHKIS, as individuals, and on behalf of other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE, INC.,<br><br>Defendant. | Case No. 5:15-cv-04062 LHK<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING PROCEEDINGS PENDING APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Honorable Lucy H. Koh |

1  WHEREAS, Plaintiffs Daniel Matera and Susan Rashkis ("Plaintiffs") and Defendant Google Inc. have successfully mediated a resolution of the case, finalized a settlement agreement, and all parties have fully executed a complete settlement agreement.

NOW THEREFORE, ALL PARTIES, BY AND THROUGH THEIR UNDERSIGNED COUNSEL hereby stipulate and respectfully request that:

All non-settlement proceedings in this action, including all deadlines set forth in the Court's May 25, 2016 Case Management Order (Docket No. 40) and specifically the November 21, 2016 and December 21, 2016 class certification expert report deadlines, shall be stayed until further Order of the Court.

Plaintiffs will file a motion for preliminary settlement approval within 30 days of the Court's entry of the below Order.

**IT IS SO STIPULATED.**

Dated: November 28, 2016        Respectfully submitted,

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP


By:_____ */s/ Michael W. Sobol*_____
        Michael W. Sobol

LIEFF CABRASER HEIMANN & BERNSTEIN LLP
Michael W. Sobol
Nicole D. Sugnet
Michael Levin-Gesundheit
275 Battery Street, 29th Floor
San Francisco, CA  94111
(415) 956-1000
(415) 956-1008 (fax)

Hank Bates (SBN 167688)
hbates@cbplaw.com
CARNEY BATES & PULLIAM, PLLC
2800 Cantrell Road, Suite 510
Little Rock, AR 72202
Telephone: 501.312.8500
Facsimile: 501.312.8505

Ray E. Gallo (SBN 158903)
rgallo@gallo-law.com
Dominic R. Valerian (SBN 240001)
dvalerian@gallo-law.com
GALLO LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901
Telephone: 415.257.8800

*Attorneys for Plaintiff and the Proposed Class*

Dated: November 28, 2016        COOLEY LLP


                                By:   */s/ Whitty Somvichian*


                                Michael G. Rhodes (116127)
                                rhodesmg@cooley.com
                                Whitty Somvichian (194463)
                                wsomvichian@cooley.com
                                Kyle C. Wong (224021)
                                kwong@cooley.com
                                Karen L. Burhans (303290)
                                kburhans@cooley.com
                                Amy M. Smith (287813)
                                amsmith@cooley.com
                                COOLEY LLP
                                101 California Street, 5th Floor
                                San Francisco, CA  94111-5800
                                Telephone:   (415) 693-2000
                                Facsimile:   (415) 693-2222

                                *Attorneys for Defendant Google Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Date: _____, 2016
                                                    _____
                                                    LUCY H. KOH
                                                    United States District Judge

1329837.1                          - 2 -          STIP. AND [PROP.] ORDER STAYING PROCEEDINGS
                                                  PENDING FILING OF SETTLEMENT AGREEMENT
                                                  CASE NO. 5:15-CV-04062 LHK

## ATTESTATION PURSUANT TO CIV. L.R. 5-1(i)(3)

I, Michael W. Sobol, attest that concurrence in the filing of this **STIPULATION AND [PROPOSED] ORDER STAYING PROCEEDINGS PENDING APPROVAL OF CLASS ACTION SETTLEMENT** has been obtained from Whitty Somvichian.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 28th day of November, 2016, at San Francisco, California.

    */s/ Michael W. Sobol*
    Michael W. Sobol