1   Michael W. Sobol (194857)               Michael G. Rhodes (116127)
    Michael Levin-Gesundheit (292930)        rhodesmg@cooley.com
2   Leif Cabraser Heimann & Bernstein LLP    Whitty Somvichian (194463)
    275 Battery Street, 29th Floor           wsomvichian@cooley.com
3   San Francisco, CA 94111                  Kyle C. Wong (224021)
    Telephone: (415) 956-1000                kwong@cooley.com
4                                            Karen L. Burhans (303290)
                                             kburhans@cooley.com
5   Hank Bates (167688)                      Amy M. Smith (287813)
    hbates@cbplaw.com                        Cooley LLP
6   Carney Bates & Pulliam, PLLC             101 California Street, 5th Floor
    519 West 7th St.                         San Francisco, CA 94111-5800
7   Little Rock, AR 72201                    Telephone: (415) 693-2000
    Telephone: (501) 312-8500
8                                            *Attorneys for Defendant Google, Inc.*
    Ray E. Gallo (158903)
9   rgallo@gallo-law.com
    Dominic Valerian (240001)
10  dvalerian@gallo-law.com
    Gallo LLP
11  1299 Fourth St., Suite 505
    San Rafael, CA 94901
12  Telephone: (415) 257-8800

13  *Attorneys for Plaintiffs and*
    *the Proposed Class*

14              UNITED STATES DISTRICT COURT

15            NORTHERN DISTRICT OF CALIFORNIA

16                   SAN JOSE DIVISION

17

18  DANIEL MATERA and SUSAN RASHKIS,        Case No. 5:15-cv-04062 LHK
    as individuals, and on behalf of other persons
19  similarly situated,                      **JOINT CASE MANAGEMENT STATEMENT**
                                             **(CIV. L. R. 16-10(d))**
20              Plaintiffs,
                                             Date:      July 5, 2017
21       v.                                  Time:      2:00 p.m.
                                             Dept.:     Courtroom 8 - 4th Floor
22  GOOGLE INC.,                                        280 S. First Street
                                                        San Jose, CA 95113
23              Defendant.
                                             Judge:     The Hon. Lucy H. Koh
24                                           Trial Date: June 18, 2018

25

26

27

28

For the case management conference ("CMC") set for July 5, 2017, plaintiffs Daniel Matera and Susan Rashkis ("Plaintiffs") and defendant Google Inc. ("Google", and collectively with Plaintiffs, the "Parties") hereby submit this Joint Case Management Statement pursuant to Civil Local Rule 16-10(d) to report progress in the action since the last CMC.

## I.   DISCOVERY

The last CMC in this matter occurred on May 10, 2017. The parties have continued with discovery to ensure compliance with all deadlines in the operative scheduling order, regardless of whether the agreement in principle, described below, matures into an executed settlement agreement. Since the last CMC, Google has produced over 103,000 pages of documents as part of a rolling production anticipated to be substantially completed by the end of August. This production is in addition to the 130,000 pages of documents from prior proceedings and transcripts of eight depositions of key Google employees taken in prior proceedings (covering topics such as key pieces of Google architecture associated with message scanning, user modeling, spam filtering, and message-routing procedures). In addition to the rolling document production, on June 28, 2017, Google provided supplemental responses to Plaintiffs' First Set of Interrogatories, which were in addition to the supplemental responses served on September 9, 2016. Google also provided responses to Plaintiffs' Second Set of Interrogatories and First Set of Requests for Admission on June 20, 2017. A deposition of a key Google employee is scheduled for July 13, 2017.  In addition, Google will produce for deposition another key employee with knowledge of the technical, design and policy changes that would be involved in eliminating content scans of emails for advertising while in transit.  Plaintiffs are noticing further witnesses for deposition, including a Rule 30(b)(6) deposition, for early to mid-August.

## II.   CASE DEVELOPMENTS

Following the Court's denial of the motion for preliminary approval of the parties' settlement (Dkt. 71, the "Order"), the parties continued to discuss whether and to what extent the proposed settlement could be renegotiated to comport with the Order and the Court's prior comments and orders in the case. To that end, on or before June 21, 2017, the parties reached a revised settlement in principle, the central feature of which directly addresses the concern the Court

expressed in its prior Order concerning scanning of inbound email in transit and prior to delivery to the Gmail user's inbox (hereinafter referred to as "pre-delivery scanning") that serves a "dual purpose" (namely, for the purpose of targeting ads and for other purposes). In particular, per the revised settlement agreement, Google will agree to no longer conduct *any* pre-delivery scanning for advertising purposes. Thus, any pre-delivery scanning that Google conducts will be exclusively for non-advertising purposes and any data outputs generated by any pre-delivery scanning will no longer be used for advertising purposes at any time.  Although Google does not currently conduct any pre-delivery scanning for advertising purposes related to outbound emails, Google's prospective commitments under the revised settlement agreement also will apply to outbound emails sent by Gmail users.

Google further advises the Court that on June 23, 2017, it announced a business-related change to the Gmail service, as part of which Google will no longer scan the contents of inbound emails at any time for advertising purposes. Google views this announcement as independent of the agreement in principle reached in this case, but as consistent with and evidencing Google's commitment to the proposed terms of the agreement in principle.

///
///
///
///
///
///
///
///
///
///
///
///
///

1    Dated: June 28, 2017                    Respectfully submitted,

2                                            LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

3

4                                            By: /s/ Michael W. Sobol
                                                  Michael W. Sobol
5
                                             LIEFF CABRASER HEIMANN & BERNSTEIN LLP
6                                            Michael W. Sobol
                                             Michael Levin-Gesundheit
7                                            275 Battery Street, 29th Floor
                                             San Francisco, CA  94111
8                                            (415) 956-1000
                                             (415) 956-1008 (fax)
9
                                             Hank Bates (SBN 167688)
10                                           hbates@cbplaw.com
                                             CARNEY BATES & PULLIAM, PLLC
11                                           519 West 7th St.
                                             Little Rock, AR 72201
12                                           Telephone: (501) 312-8500
                                             Facsimile: (501) 312-8505
13
                                             Ray E. Gallo (SBN 158903)
14                                           rgallo@gallo-law.com
                                             Dominic R. Valerian (SBN 240001)
15                                           dvalerian@gallo-law.com
                                             GALLO LLP
16                                           1299 Fourth St., Suite 505
                                             San Rafael, CA 94901
17                                           Telephone: (415) 257-8800

18                                           *Attorneys for Plaintiffs and the Proposed Class*

19

20

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3.                          JOINT CASE MGMT. STATEMENT
                            (CIV. L. R. 16-10(d)); 5:15-CV-04062 LHK

1    Dated: June 28, 2017                    COOLEY LLP

2

3                                            By: /s/ Whitty Somvichian

4                                                Whitty Somvichian

5                                            Michael G. Rhodes (116127)
                                             rhodesmg@cooley.com
6                                            Whitty Somvichian (194463)
                                             wsomvichian@cooley.com
7                                            Kyle C. Wong (224021)
                                             kwong@cooley.com
8                                            Karen L. Burhans (303290)
                                             kburhans@cooley.com
9                                            COOLEY LLP
                                             101 California Street, 5th Floor
10                                           San Francisco, CA  94111-5800
                                             Telephone:     (415) 693-2000
11                                           Facsimile:     (415) 693-2222

12                                           *Attorneys for Defendant Google Inc.*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ATTESTATION PURSUANT TO CIV. L.R. 5-1(i)(3)

I, Whitty Somvichian, attest that concurrence in the filing of this **JOINT CASE MANAGEMENT CONFERENCE STATEMENT** has been obtained from Michael W. Sobol. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 28th day of June, 2017, at San Francisco, California.

*/s/ Whitty Somvichian*
Whitty Somvichian

147420100

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO