UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIEL MATERA,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br><br>    Defendant. | Case No. 15-CV-04062-LHK<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE; SETTING DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

The parties filed a Joint Case Management Statement on June 28, 2017. ECF No. 76. The parties indicated that they reached a settlement in principle on June 21, 2017. *Id.* at 2. Accordingly, the July 5, 2017 case management conference is hereby CONTINUED to August 9, 2017, at 2:00 p.m. The parties shall file a motion for preliminary approval of class action settlement on or before July 21, 2017.

**IT IS SO ORDERED.**

Dated: June 29, 2017

_____
LUCY H. KOH
United States District Judge

1

Case No. 15-CV-04062-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE; SETTING DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT