Michael W. Sobol (SBN 194857)
msobol@lchb.com
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000

Hank Bates (SBN 167688)
hbates@cbplaw.com
CARNEY BATES & PULLIAM, PLLC
519 W. 7th Street
Little Rock, AR 72201
Telephone: 501.312.8500

Ray E. Gallo (SBN 158903)
rgallo@gallo-law.com
GALLO LLP
1299 Fourth St., Suite 505
San Rafael, CA 94901
Telephone: 415.257.8800

*Attorneys for Plaintiffs and the Settlement Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MATERA and SUSAN RASHKIS, as individuals, and on behalf of other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE, INC.,<br><br>Defendant. | Case No. 5:15-cv-04062 LHK<br><br>**SUPPLEMENTAL DECLARATION OF DAVID F. SLADE IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND EXPENSES AND SERVICE AWARDS**<br><br>Date:  February 8, 2018<br>Time:  1:30 p.m.<br>Judge:  Hon. Lucy H. Koh<br>Courtroom:  8, Fourth Floor |

1  I, David Slade, declare as follows,

2  1. I am a member in good standing of the Arkansas State Bar and am an attorney in
3  the law firm Carney, Bates, & Pulliam PLLC ("CBP"), counsel for the Plaintiffs and the Class in
4  this proceeding. I submit this supplemental declaration in support of Plaintiffs' Motion for
5  Attorneys' Fees and Expenses and for Service Awards for Plaintiffs, and in response to the
6  Court's request for additional information regarding approved rates of CBP associates
7  (specifically, David Slade, Kristen Brown, and Justin Craig).

8  2. I have personal knowledge of the facts set for herein, and if called to testify
9  thereto, could and would do so competently.

10  3. In 2017, in the Northern District of California, Judge Hamilton approved rates
11  comparable to those sought in this proceeding for myself and Mr. Craig. *See, Campbell v.*
12  *Facebook, Inc.*, No. 13-5996, 2017 U.S. Dist. LEXIS 132624, at *22-23 (N.D. Cal. Aug. 18,
13  2017) (approving 2017 hourly rate of $395 for David Slade and $375 for Justin Craig).

14  4. In 2016, in the Northern District of California, my firm applied for similar hourly
15  rates ($375) for both myself and Mitch Rouse, a former CBP associate who graduated in the same
16  law school class as Mr. Craig, and who joined CBP at the same time as Mr. Craig (therefore
17  serving as a reliable proxy for determining hourly rates). *Ebarle v. Lifelock, Inc.*, No. 15-cv-
18  00258-HSG, 2016 U.S. Dist. LEXIS 128279 (N.D. Cal. Sep. 20, 2016). It should be noted that,
19  in *Ebarle*, Judge Gilliam declined to conduct a lodestar cross-check and instead awarded fees on
20  the percentage-of-the-fund method. *Id.* at *33. However, this resulted in a *greater* compensatory
21  rate, and was also the product of an analysis of the *Vizcaino* factors. *Id.* at *25-34.

22  5. In 2016, while specific individuals' lodestar and hourly rates are not part of the
23  public record, CBP submitted lodestar (including my lodestar) for periodic reporting to Judge
24  Magnuson in *In re Target Corp. Customer Data Sec. Breach Litig*., No. 14-2522 (PAM), 2016
25  U.S. Dist. LEXIS 63125 (D. Minn. May 12, 2016). The rates presented in those reports for
26  myself and all other associates—regardless of years in practice—were $350. *See*, Dkt. No. 725
27  at ¶ 86. In approving a percentage-of-the-fund fee request, Judge Magnuson conducted a lodestar
28  cross-check, and deemed those rates reasonable. 2016 U.S. Dist. LEXIS 63125 at *7-8.

6. Similarly, in 2017, while specific individuals' lodestar and hourly rates are not part of the public record, CBP submitted lodestar (including my lodestar) for periodic reporting to Judge Thrash in *In re: The Home Depot, Inc., Customer Data Security Breach Litig.*, No. 1:14-md-02583-TWT (N.D. Ga). The rates presented in those reports for myself and all other associates with 0-5 years' practice experience were $350, based on "a standardized hourly rate schedule suitable for similar complex litigation matters in the Atlanta legal market." *See*, Dkt. No. 336-11 at ¶ 7. Judge Thrash approved Class Counsel's lodestar fee request, applying 1.3 multiplier and deeming the fee fair and reasonable. *See,* Dkt. No. 345 at p. 2-4.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of February, 2018 in Little Rock, Arkansas.

                     */s/ David F. Slade*
                     David F. Slade